# IN THE COURT OF APPEALS OF IOWA

No. 17-0640
Filed December 20, 2017

**DUANE M. HUFFER and ANGELA DOSS,**
Plaintiffs-Appellants,

**vs.**

**FARMERS MUTUAL HAIL INSURANCE COMPANY OF IOWA, LAWNVIEW FARM TRUST, ROBERT HUFFER, and THELMA HUFFER, individually and as trustee of the LAWNVIEW TRUST,**
Defendants-Appellees.

_____

Appeal from the Iowa District Court for Story County, Michael J. Moon and James C. Ellefson, Judges.

A litigant appeals the grant of motions for summary judgment. **AFFIRMED.**

Duane M. Huffer, Ames, pro se appellant.

Randy J. Wilharber of Peddicord Wharton, LLP, West Des Moines, for appellee Farmers Mutual Hail Insurance Company of Iowa.

Sharon Soorholtz Greer of Cartwright Druker & Ryden, Marshalltown, for appellees Robert Huffer and Thelma Huffer.

Considered by Vaitheswaran, P.J., and Potterfield and McDonald, JJ.

**MCDONALD, Judge.**

The judgment of the district court is affirmed without opinion.  *See* Iowa R. App. P. 6.1203(a), (d).

**AFFIRMED.**